IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

GLADYS FAYE WEBB

                Plaintiff,

v.                                        CIVIL ACTION NO. 2:19-cv-00392

ANDREW SAUL,
Commissioner of Social Security,

                Defendant.

MEMORANDUM OPINION AND ORDER

      This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). On April 1, 2020, Magistrate Judge Tinsley submitted the Proposed Findings of Fact and Recommendation ("PF&R"), [ECF No. 10], recommending the court deny claimant's request to reverse the Commissioner's decision, [ECF No. 8], grant the Commissioner's request to affirm his decision, [ECF No. 9], affirm the final decision of the Commissioner, and dismiss this action from the court's docket. To date, no objections to Magistrate Judge Tinsley's PF&R have been filed, and the time period for the filing of objections has passed.

      Accordingly, the court **ADOPTS** and **INCORPORATES** herein the PF&R. For the reasons stated, the court **DENIES** claimant's request to reverse the Commissioner's decision, [ECF No. 8], **GRANTS** the Commissioner's request to affirm

his decision, [ECF No. 9], **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this action from the Court's docket. The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 30, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE